UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
SAMUEL PHILBRICK et al.,             )
        Plaintiffs,                  )
                                    )
v.                                   )     Civil Action No. 1:19-CV-00773 (JEB)
                                    )
ALEX M. AZAR et al.,                 )
        Defendants.                  **)**
_____**)**

**THE NEW HAMPSHIRE DEPARTMENT OF HEALTH AND HUMAN SERVICES'
NOTICE OF LEGISLATION AND FINDINGS**

The New Hampshire Department of Health and Human Services hereby submits the following Notice of Legislation and Findings:

1. On June 28, 2019, the New Hampshire Department of Health and Human Services filed its Reply Memorandum in Support of Its Partial Motion for Summary Judgment as to Count II of the Plaintiffs' Complaint. ECF No. 37. In the Reply, the New Hampshire Department of Health and Human Services notified the Court that "[a] new bill, Senate Bill 290 (2019), which modifies the Granite Advantage program, ha[d] been adopted by the New Hampshire House and Senate and [wa]s being enrolled for presentation to the Governor . . . ." ECF No. 37 at 2 n.1. The New Hampshire Department of Health and Human Services stated that, "should Senate Bill 290 become law, it will materially change the Granite Advantage program as it currently exists and may require the Federal Defendants to re-examine the approved waiver presently under review by this Court." ECF No. 37 at 12. Accordingly, the New Hampshire Department of Health and Human Services stated it would "notify the Court and the parties in this matter promptly should Senate Bill 290 be signed into law by the Governor." *Id*.

2.      Consistent with its Reply Memorandum, the New Hampshire Department of Health and Human Services hereby provides Notice to the Court and the parties that the Governor signed SB 290 into law on July 8, 2019.  A copy of the final version of SB 290 is attached as Exhibit A.[1]

3.      Additionally, in accordance with SB 290, the Commissioner of the New Hampshire Department of Health and Human Services has exercised his authority under the new statute to "temporarily waive the application of the community engagement requirement for the beneficiaries of the Granite Advantage program for the period of June 1 to September 30, 2019 . . . ." Exhibit B.  The Commissioner's letter cites the passage of SB 290 and additional notice efforts related to the program as the basis for his decision.  A copy of the Commissioner's letter is hereby attached as Exhibit B.

NEW HAMPSHIRE DEPARTMENT OF
HEALTH AND HUMAN SERVICES

By its attorney,

THE OFFICE OF THE NEW HAMPSHIRE
ATTORNEY GENERAL

Dated: July 10, 2019

/s/Lindsey B. Courtney
Anthony J. Galdieri, NH Bar #18594
Senior Assistant Attorney General
Lindsey B. Courtney, NH Bar #20671
Attorney
Civil Bureau
33 Capitol Street
Concord, NH  03301-6397
(603) 271-3650
anthony.galdieri@doj.nh.gov
lindsey.courtney@doj.nh.gov

---

[1] An electronic copy of the final bill can be accessed at:
http://gencourt.state.nh.us/bill_status/Results.aspx?q=1&txtbillnumber=sb290&txtsessionyear=2019.

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was sent by ECF on July 10, 2019, to counsel of record.

              /s/Lindsey B. Courtney
              Lindsey B. Courtney