UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL PHILBRICK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX M. AZAR II, *et al.*, <br><br> Defendants. | Civil Action No.  19-773 (JEB) |

# ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiffs' Motion for Summary Judgment is GRANTED;

2. Defendants' Cross-Motions for Summary Judgment are DENIED;

3. The Secretary's November 30, 2019, approval of the Granite Advantage Program is VACATED and REMANDED to the agency; and

4. The parties shall appear for a status hearing on August 28, 2019, at 10:30 a.m.

IT IS SO ORDERED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  July 29, 2019