## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                             )
SAMUEL PHILBRICK et al.,             )
Plaintiffs,                              )
                                             )
v.                                             )        Civil Action No. 1:19-CV-00773 (JEB)
                                             )
ALEX M. AZAR et al.,                )
Defendants.                            **)**
_____**)**

## THE NEW HAMPSHIRE DEPARTMENT OF HEALTH AND HUMAN SERVICES' UNOPPOSED MOTION TO APPEAR TELEPHONICALLY AT THE AUGUST 28, 2019, STATUS CONFERENCE

       NOW COMES the New Hampshire Department of Health and Human Services, by and through the New Hampshire Office of the Attorney General, and hereby moves to appear by telephone at the August 28, 2019, status conference, stating in support as follows:

       1.     Counsel for the New Hampshire Department of Health and Human Services ("NH DHHS") are located in Concord, New Hampshire. To personally attend the upcoming status conference on August 28, 2019, at 10:30 a.m., counsel for NH DHHS would have to travel to the District of Columbia from Manchester, New Hampshire. Given the hearing is scheduled in the morning, it would take an overnight stay and entire work day for counsel for NH DHHS to travel to and from the District of Columbia.

       2.     Given the time and expenses required to personally attend the upcoming status conference, NH DHHS respectfully requests that it be permitted to appear telephonically at the August 28, 2019, status conference.

       3.     The Court has the inherent authority to grant this Motion to alter the manner in which the parties will appear.

- 2 -

4.	No party would be harmed by granting this motion, as it is NH DHHS's understanding that the hearing scheduled for August 28, 2019, is a status conference only. Further, permitting NH DHHS to appear telephonically would not cause delay in the Court's schedule and would result in the most efficient use of NH DHHS's resources.

5.	Counsel for the plaintiff and the federal defendants have been contacted and do not oppose the relief requested in this motion.

WHEREFORE, New Hampshire Department of Health and Human Services respectfully requests that this honorable Court:

A.	Grant its motion;

B.	Permit New Hampshire Department of Health and Human Services to appear telephonically at the upcoming status conference on August 28, 2019, at 10:30 a.m.; and

C.	Grant such further relief as may be just and equitable.

NEW HAMPSHIRE DEPARTMENT OF
HEALTH AND HUMAN SERVICES

By its attorney,

GORDON J. MACDONALD
ATTORNEY GENERAL

Dated:  August 20, 2019

/s/Anthony Galdieri
Anthony J. Galdieri, NH Bar #18594
Senior Assistant Attorney General
Lindsey B. Courtney, NH Bar #20671
Attorney
Civil Bureau
33 Capitol Street
Concord, NH  03301-6397
(603) 271-3650
anthony.galdieri@doj.nh.gov
lindsey.courtney@doj.nh.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by ECF on August 20, 2019, to counsel of record.

/s/ Anthony Galdieri