IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAMUEL PHILBRICK, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ALEX M. AZAR II, et al.**<br><br>Defendants. | Civil Action No. 1:19-cv-00773 (JEB) |

## [~~PROPOSED~~] ORDER GRANTING ENTRY OF FINAL JUDGMENT

Upon consideration of the federal defendants' unopposed motion for entry of final judgment, the Court:

(1) enters final judgment on Count II of the plaintiffs' Complaint;

(2) stays consideration of the other counts of the Complaint pending any appeal by defendants of the Court's ruling on Count II;

(3) stays the timeframe for plaintiffs to request attorneys' fees under Fed. R. Civ. P. Rule 54(d)(2) pending any appeal by defendants of the Court's ruling on Count II; and

(4) orders the parties to update the court within 14 days of the appeal deadline if no appeal is filed or, if an appeal is filed, within 14 days of the mandate issuing from the appeal.

IT IS SO ORDERED.

DATED this 27 day of Aug, 2019

Hon. James E. Boasberg
United States District Judge